UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATY TAAFFE,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>                    Defendants. | Case No. 1:25cv-00828 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 27, 2025 that the City identified and provided service addresses for the previously unnamed corrections officers in Plaintiff's Complaint. *See* Dkt. 11. Plaintiff is reminded that she must file an amended complaint naming these Defendants within 30 days of the City's letter, that is, no later than **June 26, 2025**. *See* Dkt. 8 at 3.

Plaintiff shall also promptly inform the Court if her address has changed, as all Court mailings to Plaintiff have been returned as undeliverable. *See* Dkt. 2 (March 18, 2024 Standing Order directing all self-represented litigants to inform the court of each change of address or electronic contact information).

The City shall also inform the Court in writing no later **June 4, 2025**, if it is aware of any change in Plaintiff's address or incarceration status.

Dated: May 28, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge